LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

FRANCISCA MCKINLEY, ) No. EDCV 12-2492 E
)
Plaintiff, ) [PROPOSED] ORDER AWARDING
) EAJA FEES
v. )
)
MICHAEL J. ASTRUE, )
Commissioner Of Social Security, )
)
Defendant. )

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIX HUNDRED AND FIFTY DOLLARS AND 00/100 ($2,650.00) subject to the terms of the stipulation.

DATE: 11/13/12

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-